**Opinion issued September 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00153-CV

———————————

**BIRTAN YENTUR, Appellant**

**V.**

**MUNEVVER D. KORKMAZ, Appellee**

On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Case No. 20-DCV-278942

## MEMORANDUM OPINION

Appellant, Birtan Yentur, has neither established indigence for purposes of court costs nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a), (b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond to

this Court's notice and a clerk's record has not been filed. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.